19-219

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3. _____ Crimes of Violence
4. _____ Sex Offenses
5. _____ Firearms and Explosives
6. _____ Immigration
7. __X__ All Others

Defendant's name: Mustafa Mousab Alowemer

Is indictment waived:           _____ Yes      __X__ No

Pretrial Diversion:             _____ Yes      __X__ No

Juvenile proceeding:            _____ Yes      __X__ No

Defendant is:                   __X__ Male     _____ Female

Superseding indictment or information    _____ Yes    _____ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: Eddy

Case No.: 19-1380

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | June 19, 2019 | |
| Defendant: | X is in custody | ___ is not in custody |
| Name of Institution: | NEOCC | |
| Custody is on: | X this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | X Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 3 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Mustafa Mousab Alowemer | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 2339B(a)(1) | Attempting to Provide Material Support and Resources, to wit, Services and Personnel, to a Designated Foreign Terrorist Organization (ISIS) | X |
| 2-3 | 18 U.S.C. § 842(p)(2)(A) | Distribution of Information Relating to Explosives, Destructive Devices or Weapons of Mass Destruction with the Intent that the Information be used for, and in Furtherance of, a Federal Crime of Violence, to wit, 18 U.S.C. § 2332a(a)(2) (Use of Weapons of Mass Destruction) | X |

Forfeiture Allegation

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 7/17/2019

SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268