IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-219 |
| | ) | |
| MUSTAFA MOUSAB ALOWEMER | ) | |

**MOTION FOR DETENTION HEARING**

Defendant Mustafa Mousab Alowemer, through his counsel, Assistant Federal Public Defender Andrew Lipson, hereby respectfully moves for a detention hearing to be held. In support, counsel states:

1. On June 21, 2019, an initial appearance and preliminary examination were held in the above-captioned matter. At that time, Mr. Alowemer waived his right to a detention hearing, reserving the right to request a detention hearing if and when the issue became relevant. Docket No. 16.

2. On July 24, 2019, Mr. Alowemer was arraigned and plead not guilty to all charges. At this hearing, Mr. Alowemer again waived his right to a detention hearing, reserving his right to request a hearing at a later date. Accordingly, the Court entered an Order granting the government's motion for detention.. Docket No. 24.

2. Mr. Alowemer now requests a detention hearing, and asks that the hearing be held before a United States Magistrate Judge. Mr. Alowemer and undersigned

counsel are available on Friday, August 16, at 9:30 a.m., and request that the hearing be held at that time if convenient to the Court.

WHEREFORE, Mr. Alowemer respectfully moves the Court to schedule a detention hearing on August 16, 2019 at 9:30 a.m.

                                      Respectfully submitted,

                                      *s/ Andrew Lipson*
                                      ANDREW LIPSON
                                      Assistant Federal Defender
                                      Western District of Pennsylvania
                                      1500 Liberty Center
                                      1001 Liberty Avenue
                                      Pittsburgh, PA. 15222-3714
                                      Main: 412-644-6565
                                      Fax: 412-644-4594
                                      E-mail: andrew_lipson@fd.org