IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MUSTAFA MOUSAB ALOWEMER

Case No. 19-219

**RESPONSE TO MOTION FOR DETENTION HEARING**

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said district, and hereby responds to the defendant's Motion for a Detention Hearing. In the interests of judicial efficiency, the United States urges this Court to consider an order that the detention hearing take place at the earliest possible time before Chief Magistrate Judge Cynthia Eddy.

On June 18, 2019, a criminal complaint was filed against the defendant in the Western District of Pennsylvania, alleging that the defendant attempted to materially support a foreign terrorist organization (ISIS) and that he distributed information relating to explosives, destructive devices and weapons of mass destruction on two occasions. On June 21, 2019, a preliminary hearing was held before Chief Magistrate Judge Cynthia Eddy and nearly 90 minutes of testimony was presented. (The transcript of that hearing consists of 69 pages.) At the conclusion of the hearing, Judge Eddy found probable cause that the defendant had committed the crimes alleged in the criminal complaint.

On July 16, 2019, a federal grand jury in the Western District of Pennsylvania, Pittsburgh, returned an indictment charging the defendant with one count of attempting to provide material support and resources to a foreign terrorist organization (ISIS), in violation of 18 U.S.C.

§ 2339B(a)(1), and two counts of distribution of information relating to explosives, destructive devices and weapons of mass destruction, in violation of 18 U.S.C. § 842(p)(2)(A).

The United States recognizes that the defendant has a right to a detention hearing. Given the fact that the charged offenses constitute a "Federal crime of terrorism," in violation of section 2332b(g)(5)(B), a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

In the interests of judicial efficiency, the United States urges this Court to consider an order that the detention hearing for defendant Alowemer be scheduled before Chief Magistrate Judge Eddy, at the earliest possible time convenient to the court, who has already heard significant, substantive evidence in conjunction with the Preliminary Hearing on June 21, 2019. A proposed order is submitted in conjunction with this Motion.

          Respectfully submitted,

          SCOTT W. BRADY
          United States Attorney

By:    SOO C. SONG
       Assistant U. S. Attorney
       DC ID No. 457268