IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| MUSTAFA MOUSAB ALOWEMER, | ) ) | 2:19-cr-219-CRE |
| Defendant. | ) ) ) ) ) ) | |

## HEARING MEMO

**Hearing Date:** August 16, 2019
**Time**: 9:40 AM- 11:20 AM
**Type of Hearing or Conference:** Detention Hearing
**Reporter:** N. Re
**Deputy Clerk/Law Clerk:** J.Biggs/B. Campbell

**Counsel for Government**

Soo Song

**Counsel for Defendant(s)**

Andrew Lipson
Interpreter: Ismail Haidar, MPA/Federal
Court Contract Interpreter

### Summary of Proceedings

Government witness Gary Morgan.
Government Exhibits 1 and 2 admitted.
Cross-examination of Government witness, Gary Moran.
Defense Exhibits A, B, C, and D admitted.
Defense witness Fatmeh Alowemer (through Interpreter, Ismail Haidar)
Government argument/summary for detention.
Defense argument/summary against detention.
The court finds probable cause exists that the defendant committed the charges alleged in the indictment.
The court finds considering the information presented in the detention hearing that the defendant must be detained pending trial. The defendant was remanded to the custody of the U.S. Marshal.

1