PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

