GOVERNMENT
EXHIBIT
2

