## Petition to the U.S. District Court, Western District of Pennsylvania

We are friends, family and neighbors of Mustafa Alowemer. We know Mr. Alowemer as a peaceful, non-violent young man who is a positive contributor to our community. As the undersigned, we support his release and return to his family and our community.

| | DATE | NAME | SIGNATURE | ADDRESS |
|---|---|---|---|---|
| 1 | 8/5/2019 | Kram Mohammed | | |
| 2 | 8-5-19 | Siew Dawewood | | |
| 3 | 8-5-19 | Muctarr Hydara | | |
| 4 | 8-5-19 | Gilbita Koko | | |
| 5 | 8-5-19 | Sulwair Ayosso | | |
| 6 | 8-5-19 | Salam Karim | | |
| 7 | 8-5-19 | Asher Lughuri | | |
| 8 | 8-5-19 | Fayza Mohammed | | |
| 9 | 8-5-19 | Sedik Hoophi | | |
| 10 | 8-5-19 | ADEEB Alowawa | | |
| 11 | 8-5-19 | Manal Al Fatha | | |
| 12 | 8-9-19 | Faisal Al Awaweh | | |
| 13 | 8-7-10 | Ahmed Moinmma | | |
| 14 | 8/7/19 | ISHA MUNOFERWA | | |
| 15 | 8-11 | Alaa AlAwaweh | | |
| 16 | 8-10-19 | Arles Mos | | |
| 17 | 8-7-16 | ABD Hssein Morhad | | |
| 18 | 8/7/19 | His Moda | | |
| 19 | 8/6/19 | Hussein Kwilou | | |
| 20 | 8/10-19 | Kiton medhawed | | |
| 21 | 8/10/19 | Asia Ismael | | |
| 22 | 8-10-19 | Salmo Ponzoyo | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

AO386-8
CASE NO.
EXHIBIT NO.
DEFENDANT'S EXHIBIT A

## Petition to the U.S. District Court, Western District of Pennsylvania

We are friends, family and neighbors of Mustafa Alowemer. We know Mr. Alowemer as a peaceful, non-violent young man who is a positive contributor to our community. As the undersigned, we support his release and return to his family and our community.

| DATE | NAME | SIGNATURE | ADDRESS |
|------|------|-----------|---------|
| 1 | 8-8-19 | FOZW | [redacted] | |
| 2 | 8-8-19 | Katherine Bennett | | [redacted] |
| 3 | 8-8-19 | Michel LeBoeuf | | [redacted] |
| 4 | 8-8-19 | Olivia Bassett | | [redacted] |
| 5 | 8-8-19 | Nicole Davis | | [redacted] |
| 6 | 8-8-19 | VACONT Ellie | | [redacted] |
| 7 | 8-8-19 | WilSON Sofia | | [redacted] |
| 8 | 8-8-19 | | | [redacted] |
| 9 | 8-9-19 | Bradley Worenowit | | [redacted] |
| 10 | 8-9-19 | Benjamin Elzi | | [redacted] |
| 11 | 8-9-19 | Anthony Basma | | [redacted] |
| 12 | 8-9-19 | Ramy JoLo | | [redacted] |
| 13 | 8-9-19 | Simon JoLo | | [redacted] |
| 14 | 8-9-19 | Alexis Prince | | [redacted] |
| 15 | 8-9-19 | Taylor Johnson | | [redacted] |
| 16 | 8-9-19 | Breviyla McnLin | | [redacted] |
| 17 | 8-10-19 | Nee Ket Brown | | [redacted] |
| 18 | 8-10-19 | Chisam Kendrick | | [redacted] |
| 19 | 8-10-19 | von crouse iuslaell | | [redacted] |
| 20 | 8-10-19 | Tarqueu alawomishino | | [redacted] |
| 21 | 8-10-19 | Hussein Ambesswa | | [redacted] |
| 22 | 8-10-19 | Shavir Murshima | | [redacted] |
| 23 | 8-10-19 | Reyou Peraje | | [redacted] |
| 24 | 8-10-19 | Mahamud Muroane | | [redacted] |
| 25 | 8-10-19 | Halma Abdalla | | [redacted] |

## Petition to the U.S. District Court, Western District of Pennsylvania

We are friends, family and neighbors of Mustafa Alowemer.  We know Mr. Alowemer as a peaceful, non-violent young man who is a positive contributor to our community.  As the undersigned, we support his release and return to his family and our community.

| | DATE | NAME | SIGNATURE | ADDRESS |
|---|---|---|---|---|
| 1 | 8/11/2019 | NUR DAYMA ABD RAHMAN | | 1784 GwynN RD ALLISON PARK, PA 15101 |
| 2 | 8/10/2019 | Lana Basha | | 311 Beechwood Blvd Pgh PA 15217 |
| 3 | 8/11/2019 | Yolanda Bongiovi | Bongiovi | 1013 Franklin Avenue Pgh PA 15221 |
| 4 | 8/11/2019 | Nadeem Mohamed | N. Mohamed | 0816 Penn Ave Pgh PA 15224 |
| 5 | 8/11/2019 | Mona Ghazal | Mona | 653 Scott Street Court 15226 |
| 6 | 8/11/2019 | Ahmed Abdulgbah | | Bell Ave Pgh Penn |
| 7 | 8/11/15 | Mizantee Bishara | | 9100 Bishara Blvd PA 15213 |
| 8 | v v | Ibrahim Taylor | | 8633 Keystone St. Plan PA 15201 |
| 9 | 8/12 | | | SCC Court Rd PA 15224 |
| 10 | 8-11-19 | Issam | Jul | Cambridg Ma 02138 |
| 11 | 8-11-19 | Ajeet Prashid | | 141 N. Mathilda St. 15224 |
| 12 | 08/11/2019 | Kunil Bedak | | 2748 Shiras Ave 15216 |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | 08/13/19 | Zeinab Hassen | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

## Petition to the U.S. District Court, Western District of Pennsylvania

We are friends, family and neighbors of Mustafa Alowemer. We know Mr. Alowemer as a peaceful, non-violent young man who is a positive contributor to our community. As the undersigned, we support his release and return to his family and our community.

| | DATE | NAME | SIGNATURE | ADDRESS |
|---|---|---|---|---|
| 1 | 8/6/19 | ABU MUGA7A | | |
| 2 | 8/7/19 | SHAWESA WATAN | | |
| 3 | 8/7/19 | MBerra MuSDN | | |
| 4 | 8/7/19 | Fato Hada | | |
| 5 | 8/8/19 | AD cugunch | | |
| 6 | 8/8/19 | Hessin hatt | | |
| 7 | 8/7/19 | Ouen Amone | | |
| 8 | 8/8/19 | Jane Lango17 | | |
| 9 | 8-8-19 | Shaban Mayang | | |
| 10 | 8-8-19 | Hoturginne Taufique | | |
| 11 | 8.8.19 | Latif Jenicer | | |
| 12 | 8.9.19 | Mansa Ghazil | | |
| 13 | 8.9.19 | Hosseghard | | |
| 14 | 8-11-19 | Zarawahawa | | |
| 15 | 8-11-19 | Tahani Al-Samki | | |
| 16 | 8.11.19 | Alwa ConoS | | |
| 17 | 8-11-19 | ishazel Fayes | | |
| 18 | 8-11-19 | SALAH FARES | | |
| 19 | | | | |
| 20 | 8-11-19 | TORKyA ALDyb | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |