

COMMUNITY COLLEGE
OF ALLEGHENY COUNTY
South Campus
1750 Clairton Road (Rt. 885)
West Mifflin, PA 15122-3097
Ph: 412.469.1100
ccac.edu

November 8, 2018

Mustafa Alowemer
█████████
Pittsburgh, PA █████

Dear Mustafa,

Congratulations on your acceptance to the Community College of Allegheny County!

We are delighted you have chosen CCAC as a path to your personal and professional goals. Our dedicated faculty is committed to providing you with the skills and knowledge you will need for today's changing work force. We congratulate you on your accomplishments to date and look forward to you joining our campus community.

You have been accepted in the Current High School Student program for the Fall 2019 - August through December semester. An email has been sent to you outlining the steps needed to complete the enrollment process. Please follow those steps but feel free to ask for assistance along the way.

Your CCAC Student ID number is █████████. Please keep this number in a safe place and refer to it when you contact us regarding your student record.

Again, congratulations on your acceptance to the Community College of Allegheny County! If you have any questions, please feel free to contact the Office of Admissions at the campus of your choice where our goal is your success.

Sincerely,

| Kristin Spiker | Elizabeth Strenkowski | Rhena McCaskill | Brenna Jones |
| Director, Admissions | Director, Admissions | Director, Admissions | Director, Admissions |
| Allegheny Campus | Boyce Campus | North Campus | South Campus |



AO386-B
DEFENDANT'S EXHIBIT
CASE NO. B
EXHIBIT NO.