

**Pittsburgh Public Schools**

# Official Transcript
PITTSBURGH BRASHEAR HIGH SCHOOL
590 CRANE AVE
PITTSBURGH, PA 15216

Page 1 of 1

| Student: | Alowemer, Mustafa Mousab | | Birth Date: | |
|---|---|---|---|---|
| Student ID: | | Grade: 12 | Gender: M | Graduation Date: 6/7/2019 |
| Parent/Guardian: | Mousab Alowemer | | | |
| | PITTSBURGH, PA | | | |

**Year: 2016-17 — Term: Term 1 — Grade: 09**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FD1 | FD2 | SM1 | Credit |
|---|---|---|---|---|
| Wearable Arts 1 | | | A | 0.5 |
| Eng 1 ESL-Entry | | | B | 1 |
| Phys Ed | | | B | 0.5 |
| ESL-Newcomers | | | A | 1 |
| Grade 9 Science | | | D | 0.5 |
| Civics ESL | | | B | 0.5 |
| Pre-Algebra | | | A | 0.5 |

GPA: 3.4440   Credit: 4.500

**Year: 2016-17 — Term: Term 2 — Grade: 09**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FO2 | FO3 | SM2 | Credit |
|---|---|---|---|---|
| Guitar Sem | | | A | 0.5 |
| Health 1 (.50) | | | B | 0.5 |
| Eng 1 ESL-Entry | | | B | 1 |
| Civics ESL | | | B | 0.5 |
| Phys Ed | | | B | 0.5 |
| Pre-Algebra | | | A | 0.5 |
| Grade 9 Science | | | B | 0.5 |

GPA: 3.2500   Credit: 4.000

**Year: 2017-18 — Term: Term 1 — Grade: 10**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FO1 | FO2 | SM1 | Credit |
|---|---|---|---|---|
| Intro Cul Arts 1 | | | B | 0.5 |
| Eng 2 ESL-Beg | | | A | 1 |
| Alg 1 AB-BC ESL | | | A | 1 |
| World Hist ESL | | | A | 0.5 |
| Biology 1 ESL | | | A | 0.5 |
| Photo 1 | | | B | 0.5 |

GPA: 3.7500   Credit: 4.000

**Year: 2017-18 — Term: Term 2 — Grade: 10**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FO2 | FO3 | SM2 | Credit |
|---|---|---|---|---|
| Auto Tech I | | | C | 1.5 |
| Eng 2 ESL-Beg | | | B | 1 |
| World Hist ESL | | | A | 0.5 |
| Algebra 1 PSP | | | C | 0.5 |
| Biology 1 ESL | | | A | 0.5 |

GPA: 2.7500   Credit: 4.000

**Year: 2018-19 — Term: Term 1 — Grade: 12**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FO1 | FO2 | SM1 | Credit |
|---|---|---|---|---|
| English 3 PSP | | | C | 0.5 |
| English 4 PSP | | | B | 0.5 |
| Algebra 2 PSP | | | D | 0.5 |
| Team Sports 1 | | | A | 0.5 |
| US History PSP | | | A | 0.5 |
| Anthropology | | | S | 0.5 |
| ELD 4 | | | B | 0.5 |
| Conceptual Physics | | | B | 0.5 |
| Chemistry 1 PSP | | | A | 0.5 |
| Team Sports 1 | | | B | 0.5 |
| Photography 1 | | | C | 0.5 |
| Intro to Engineering | | | C | 0.5 |
| Geometry PSP | | | B | 0.5 |
| Sociology | | | A | 0.5 |

GPA: 3.0710   Credit: 7.000

**Year: 2018-19 — Term: Term 2 — Grade: 12**
Building: PITTSBURGH BRASHEAR HIGH SCHOOL

| Course | FO2 | FO3 | SM2 | Credit |
|---|---|---|---|---|
| English 3 PSP | | | D | 0.5 |
| English 4 PSP | | | B | 0.5 |
| Geometry PSP | | | C | 0.5 |
| Algebra 2 PSP | | | B | 0.5 |
| US History PSP | | | A | 0.5 |
| Health 2 (.50) | | | A | 0.5 |
| ELD 4 | | | A | 0.5 |
| Conceptual Physics | | | B | 0.5 |
| Chemistry 1 PSP | | | B | 1 |
| Grad Profic ELA | | | P | 0 |

GPA: 3.2000   Credit: 5.000

| Type | GPA | Rank |
|---|---|---|
| Unweighted GPA | 3.228 | 75 / 265 |
| Weighted GPA | 3.280 | 89 / 265 |
| Credits Earned: | 28.500 | |

Transcript is unofficial unless signed by a school official.

Authorized by Signature _____  Date _____   Date Printed: 8/9/2019

AO386-B
**DEFENDANT'S EXHIBIT**
CASE NO. C
EXHIBIT NO.

**Pittsburgh Brashear High School**

590 Crane Avenue | Pittsburgh, PA 15216
Phone: 412-529-7300 | Fax: 412-571-7305 | www.pps.k12.pa.us/brashear

Pittsburgh Public Schools
*The Pathway to the Promise*

**Kimberly Safran, Principal**
Marco Corona, Vice Principal – 11th-12th
Brandon George, Vice Principal – 10th
Steven Travanti, Vice Principal – 9th

April 25, 2017

Dear Mustafa Alowemer 9 ,

The faculty of Pittsburgh Brashear High School would like to take this opportunity to congratulate you on achieving the Brashear High School Scholastic School Letter Award during the school year. You are among the first to receive this honored award. As such, you have just joined a new group of proud Lettermen of Brashear High School.

To achieve the award, you had to make honor grades at least three out of the four report periods this school year. Your grades are probably the most single indication of how well you are doing at Brashear High School. They are your "paycheck" representing the knowledge you have acquired in preparation for your future. You have done well. Your hard work and academic achievement demonstrates that you are a true Brashear Bull!

WE CONGRATULATE YOU ON A JOB WELL DONE!

| Kimberly Safran | Marco Corona | Brandon George | Steven Travanti |
| Principal | Vice Principal | Vice Principal | Vice Principal |

THIS IS TO CERTIFY THAT

# MUSTAFA ALOWEMER

HAS MAINTAINED A CUMULATIVE GRADE POINT AVERAGE OF 3.0 – 3.49

AND IS HEREBY AWARDED

## HONOR ROLL

AT PITTSBURGH BRASHEAR HIGH SCHOOL

THIS TWENTY-FIRST DAY OF MAY TWO THOUSAND AND NINETEEN

_____
KIMBERLY SAFRAN
PRINCIPAL

THIS IS TO CERTIFY THAT

# MUSTAFA MOUSAB ALOWEMER

HAS ACHIEVED A HIGH STANDARD OF ACADEMIC EXCELLENCE AND
IS HEREBY PLACED ON THE

# HONOR ROLL

AT PITTSBURGH BRASHEAR HIGH SCHOOL

THIS NINTH DAY OF NOVEMBER TWO THOUSAND AND EIGHTEEN

_____
KIMBERLY SAFRAN
PRINCIPAL

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Mustafa Mousab Alowemer

HAS SUCCESSFULLY ACHIEVED HIGH HONOR ROLL

Pittsburgh Brashear High School

3.5-4.0 GPA



1ST QUARTER
2017-2018

KIMBERLY SAFRAN, PRINCIPAL

