IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| MUSTAFA MOUSAB ALOWEMER, | ) 2:19-cr-219-MJH |
| Defendant. | ) |

# HEARING MEMO

**Hearing Date:** August 16, 2019
**Time**: 11:38 AM- 11:44 AM
**Type of Hearing or Conference:** Status Conference
**Reporter:** N. Re
**Deputy Clerk/Law Clerk:** J.Biggs/R.Williams

**Counsel for Government**

Soo Song

**Counsel for Defendant(s)**

Andrew Lipson

Interpreter: Ismail Haidar, MPA/Federal Court Contract Interpreter

## Summary of Proceedings

Government and Defense advised anticipates extended discovery as there is information to be translated from Arabic to English.  The Court outlined expectations of timelines and use of time during discovery process. Order will follow.

1