IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.        )<br>)<br>MUSTAFA MOUSAB ALOWEMER    ) | Criminal No. 19-219 |

## ORDER SETTING STATUS CONFERENCE

AND NOW, this 16th day of August, 2019, IT IS HEREBY ORDERED that a Status Conference of counsel is scheduled for November 14, 2019 at 10:00 A.M.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge