IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUSTAFA MOUSAB ALOWEMER | Case No. 19-219 |

**ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER**

AND NOW, upon consideration of the United States' motion to designate a Classified Information Security Officer, the Court orders the following:

1.  The Court has been made aware that there is the potential for issues related to classified information to arise, given the nature of the evidence and discovery in this case. Federal law expressly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980). Pursuant to paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States for the protection of classified information, the Court **hereby appoints** Ms. Joan B. Kennedy, as the designated Classified Information Security Officer in the above-entitled matter.

2.  The Court **further appoints** Matthew W. Mullery, Debra M. Guerrero-Randall, Daniel O. Hartenstine, Shawn P. Mahoney, Maura L. Peterson, Winfield S. "Scooter" Slade, and Harry J. Rucker III as Alternate Court Security Officers in the above-entitled matter.

**SO ORDERED** this   19   day of September, 2019, at Pittsburgh, Pennsylvania.

_____
MARILYN J. HORAN
United States District Judge