IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MUSTAFA MOUSAB ALOWEMER, | )  2:19-cr-219 |
| | ) |
| Defendant. | ) |

# HEARING MEMO

**Hearing Date:** November 20, 2019
**Time**: 10:10 AM – 10:30 AM
**Type of Hearing or Conference:** Status Conference
**Reporter:** B.Leo
**Deputy Clerk/Law Clerk:** J.Biggs/R. Williams

**Counsel for Government**

Soo Song

**Counsel for Defendant(s)**

Andrew Lipson
Interpreter: Mamdouh Allam/ TIPS Court
Contract Interpreter

## Summary of Proceedings

Government and Defense provided update on discovery. Another status conference will be scheduled in January 2020. Scheduling order to follow.

1