IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Criminal No. 19-219 |
| ) | |
| MUSTAFA MOUSAB ALOWEMER ) | |

## ORDER OF COURT

AND NOW, to-wit, this __10th__ day of March, 2020, upon consideration of the within Motion to Extend the Time for Filing Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the delay resulting from this extension of time (March 9, 2020 through June 8, 2020) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 *et seq*. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv);

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before **June 8, 2020.**

_____
Marilyn J. Horan
United States District Judge