IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| vs. | ) | Criminal No. 19-219 |
| MUSTAFA MOUSAB ALOWEMER | ) | |

### CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty entered July 24, 2019

And now pleads guilty in open court to Count ONE

This 16th day of September, 2021.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)