## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) ) | **Criminal No. 19-219** |
| **MUSTAFA ALOWEMER** | ) ) ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, this 12th day of July, 2022, and good cause appearing, the sentencing presently scheduled for August 4, 2022 and all remaining pre-sentencing deadlines will be re-set pending further Order of Court. Upon receipt of outstanding defense expert materials and supporting data, the United States shall immediately file notice with the Court and seek the scheduling of a new sentencing date. In the meantime, the parties shall meet and confer regarding alternative dates upon which respective sentencing witnesses can be available to testify.

/s/ *Marilyn J. Horan*
United States District Judge